UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WAYNE GROGAN,<br><br>Petitioner<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>Respondent. | Case No. 2:21-cv-08233-JAK (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the 28 U.S.C. § 2254 petition in this case and all relevant pleadings and other documents filed and lodged in this action, Respondent's Motion to Dismiss Petition (Dkt. 7, "Motion"), the original Report and Recommendation of United States Magistrate Judge (Dkt. 11), Petitioner's Objection to the original Report and Recommendation (Dkt. 12), and the Final Report and Recommendation of United States Magistrate Judge (Dkt, 13, "Report").  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of the matters to which objections have been stated.

Petitioner's assertions and arguments have been reviewed carefully.  The Court, however, concludes that nothing set forth in the Objection or otherwise in

the record for this case affects or alters, or calls into question, the findings and analysis set forth in the Report. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, **IT IS ORDERED** that: (1) the Motion is GRANTED; (2) the Petition is dismissed with prejudice on the ground that it is untimely; and (3) Judgment shall be entered dismissing this action with prejudice.

DATED:  March 29, 2022

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE