# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WAYNE GROGAN, | Case No. 2:21-cv-08233-JAK (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: March 29, 2022

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE